JOSEPHINE JOHNSON, Respondent-Appellant, v. JOHN JOHNSON, Appellant-Respondent.— In an action for separation, the parties cross appeal from an order awarding plaintiff wife counsel fee and temporary alimony. Order affirmed, without costs. No opinion. Defendant is directed to pay plaintiff all arrears of alimony and $1,250 of the counsel fee within ten days from the entry of the order hereon, the balance of said counsel fee to be paid on or before the opening of the trial of the action. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

GRACE I. MIDDLETON, Respondent, v. ROSE A. VELSOR et al., Appellants.— Order denying defendants' motion to change the venue of this action from Queens County to Orange County, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. B. P. OWNERSHIP, INC., Respondent, against BERNARD A. STOCK, as Assessor, et al., Appellants.— Appeal from a final order modifying a referee's report and confirming said report, as modified, in a proceeding in certiorari to review the 1941 assessment for 1942 taxes on a parcel of real property owned by the relator in the city of White Plains. Order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

### (March 20, 1944.)

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. EMIL J. SONDERLICK, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 880.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MARCELLO INGARDIA et al., Respondents, v. MILDRED BRESLOW et al., Respondents, MILSAM REALTY CORPORATION et al., Defendants-Appellants, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. [See *ante*, p. 880.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of ALBERT A. AGOR, Petitioner. CHARLES A. HAIGHT, as Superintendent of Highways of the Town of Carmel, County of Putnam, Respondent.— Proceeding to remove a Town Superintendent of Highways. Proceeding dismissed because the term of office during which the proceeding was instituted expired December 31, 1943, and the question has become academic. (*Matter of Becher* v. *Case*, 243 App. Div. 728.) Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.